**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

FILED
AUG - 1 2006
U.S. COURT OF
FEDERAL CLAIMS

SECURENET CO, LTD.,

*Plaintiff*,

v.

UNITED STATES,

*Defendant.*

**No.** 06-564 C

**Judge**

## STATEMENT ON CORPORATE OWNERSHIP

Pursuant to RCFC 7.1, SecureNet Co., Ltd. hereby states that it is not owned by any parent corporation, and the following public corporations each own less than 5 % of its stock: Woori Bank and NH Investment Securities.

Respectfully submitted,

Rand L. Allen
WILEY REIN & FIELDING LLP
1776 K Street, NW
Washington, DC
Tel (202) 719-7329
Fax (202) 719-4950

*Counsel for Plaintiff*

August 1, 2006