# In the United States Court of Federal Claims

No. 06-564C
(Filed: August 7, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

SECURENET CO., LTD.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference is scheduled for Tuesday, August 8, 2006 at 2:00 pm. The parties are directed to appear in person. The conference will be held in Courtroom 9 of the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge