# In the United States Court of Federal Claims

No. 06-564
(Filed: August 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
SECURENET CO., LTD. ,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference was held on Tuesday, August 8, 2006. As a result the following schedule is ordered:

(1) Defendant shall file the Administrative Record on or before Monday August 14, 2006.

(2) Plaintiff shall file its motion for summary judgment on or before Thursday, August 24, 2006.

(3) Defendant shall file its response and any cross-motion on or before Friday, September 1, 2006.

(4) Plaintiff shall file its reply on or before Friday, September 8, 2006.

(5) Oral Argument on the Plaintiff's motion for summary judgment and any cross motion will be heard from the courtroom Thursday, September 14, 2006, 2:00 p.m. EDT, National Courts Building, 717

Madison Place, N.W., Washington, D.C. Counsel for both parties shall appear in person.

___s/ Eric G. Bruggink_____
ERIC G. BRUGGINK
Judge