**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SECURENET CO, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-564C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Bruggink) |
| | ) | |
| Defendant, | ) | Bid Protest |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, and the Court's order dated August 9, 2006, defendant provides this notice that it is filing the enclosed CD-ROM administrative record of the proceedings relating to plaintiff's protest. The administrative record has been compiled by the agency, the Department of the Army. We have provided the Court with a single file containing the administrative record; this file is the official administrative record in this case. This document contains bookmarks in the "bookmarks" tab of Acrobat for ease of navigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/BRIAN SIMKIN
BRIAN SIMKIN
Assistant Director

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7644

OF COUNSEL:
MAJOR SUNNY AHN
Trial Attorney
United States Army
Contract Appeals Division
901 North Stuart Street
Arlington VA 22203

Dated: August 14, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2006, I caused to be served by hand delivery copies of “DEFENDANT’S NOTICE OF FILING ADMINISTRATIVE RECORD” and a copy of the administrative record, consisting of one CD-ROM, addressed as follows:

Rand L. Allen
Kevin Maynard.
Wiley Rein & Fielding LLP.
1776 K Street, NW 20036
Washington DC

s/Michael D. Austin