# In the United States Court of Federal Claims

**06-564 C**

**Filed: August 15, 2006**

**SECURENET CO., LTD.**

**v.**

**THE UNITED STATES**

ADMINISTRATIVE RECORD
(CD-ROM)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.