**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| SECURENET CO., LTD. *Plaintiff,* | **No. 00564** **Judge Bruggink** |
| v. | |
| UNITED STATES, *Defendant.* | **Protected Material To Be Disclosed Only In Accordance With U.S. Court of Federal Claims Protective Order** |

**MOTION FOR LEAVE TO FILE HARD COPIES OF THE APPENDIX TO PLAINTIFF'S OPPOSITION AND REPLY TO DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD & PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

SecureNet Co., Ltd., ("SecureNet"), respectfully requests leave to file hard copies of the Appendix to Plaintiff's Opposition And Reply To Defendant's Cross-Motion For Judgment On The Administrative Record and Plaintiff's Motion For Judgment On The Administrative Record And For Declaratory And Injunctive Relief in lieu of filing electronically. The Appendix includes all of the materials from the Administrative Record that Plaintiff cites to in its opening brief and in its reply brief. In addition, it includes the following documents, which were attached to Plaintiff's opening brief as Exhibits A-E:

- Exhibit A – Joeun's Revised Staffing Approach
- Exhibit B-1 – Joeun Average Hours Per Supervisor
- Exhibit B-2 – Joeun's Staffing Approach Under Korean Labor Law[1]
- Exhibit C – Joeun's Revised Labor Rates
- Exhibit D – Korean Labor Standards Act

[1] This chart includes a value for the "Shortfalls In FTEs" cell, which had mistakenly been left out previously.

- Exhibit E – Korean Ministry of Labor Press Release – Amendment to the Labor Standards Act

Respectfully submitted,

s/Rand L. Allen
Rand L. Allen
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-3193 (O)
(202) 719-7049 (F)
rallen@wrf.com
*Counsel for Plaintiff*

September 8, 2006

*Of counsel*:
Thomas J. Seymour
KIM & CHANG
Seyang Building
223 Naeja-Dong, Jongro-Gu
Seoul, Korea 110-720
(+82-2) 3703-9092

Kevin J. Maynard
Antonella Karlin
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-3143 (O)
(202) 719-7049 (F)