**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| SECURENET CO., LTD. | ) | |
| | ) | **No. 00564** |
| *Plaintiff,* | ) | **Judge Bruggink** |
| v. | ) | **Protected Material To Be Disclosed Only In Accordance With U.S. Court of Federal Claims Protective Order** |
| UNITED STATES, | ) | |
| *Defendant.* | ) | |

**UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT**
**THE ADMINISTRATIVE RECORD**

SecureNet Co., Ltd., ("SecureNet"), respectfully requests leave to supplement the Administrative Record with a May 19, 2006 Letter from Joeun Systems Corp. to the Commander of the CCK, which counsel for SecureNet requested and received from the Government in an email dated August 31, 2006. In the email the Government indicated that it did not oppose this document being made part of the Administrative Record. Therefore, we request that this document be added to the Administrative Record as Tab 132 at 3396 – 3398. Additionally, to the extent that SecureNet relies on this document in its Opposition And Reply to Defendant's Cross-Motion For Judgment On The Administrative Record, it cites to it as "AR Tab 132." Finally, a hard copy of the document is included in SecureNet's Appendix.

Respectfully submitted,

s/Rand L. Allen
Rand L. Allen
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006

(202) 719-3193 (O)
(202) 719-7049 (F)
rallen@wrf.com
*Counsel for Plaintiff*

September 8, 2006

*Of counsel*:
Thomas J. Seymour
KIM & CHANG
Seyang Building
223 Naeja-Dong, Jongro-Gu
Seoul, Korea 110-720
(+82-2) 3703-9092

Kevin J. Maynard
Antonella Karlin
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-3143 (O)
(202) 719-7049 (F)