# In the United States Court of Federal Claims

**No. 06-564 C**

**SECURENET CO., LTD.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed September 18, 2006, granting defendant's motion for judgment on the administrative record and denying plaintiff's motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed.

Brian Bishop
Clerk of Court

**September 19, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.